UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DEON VERNON PHILLIPS,                )
                                     )
                    Plaintiff,       )
                                     )
        v.                           )        No. 1:25-cv-00510-SEB-MG
                                     )
AWP SAFETY INC., et al.,             )
                                     )
                    Defendants.      )

**ORDER**

Now before the Court are *pro se* Plaintiff Deon Vernon Phillips's Motion to Restrict and Admonish Defense Counsel [Dkt. 228], Third Motion for Summary Judgment [Dkt. 243], and Motion for Rule 11 and Rule 37 Sanctions [Dkt. 255].

I.    **Motion to Restrict and Admonish Defense Counsel [Dkt. 228] and Motion for Rule 11 and Rule 37 Sanctions [Dkt. 255]**

In his two motions for sanctions, Mr. Phillips takes issue with, among other grievances, certain of Defendants' theories of defense as well as defense counsel's representations related to ongoing discovery disputes, with which the Court has been assisting the parties in an effort to resolve.  It is clear that Mr. Phillips believes that Defendants' affirmative defense of failure to mitigate damages does not align with his understanding of the facts, and further, that he believes that defense counsel is acting underhandedly in discovery, but the Court has found no evidence of any disingenuousness or improper subterfuge or sanctionable conduct on defense counsel's or Defendants' part.  The parties' differences regarding the facts and law will be resolved

1

through this litigation and simply presenting an alternative theory to that put forth by the plaintiff is not sanctionable conduct.  Nor has Mr. Phillips presented evidence establishing that Defendants or defense counsel have acted in bad faith with regard to the ongoing discovery disputes, the resolution of which the Court continues to navigate with the parties.  Accordingly, Mr. Phillips's Motion to Restrict and Admonish Defense Counsel and Motion for Rule 11 and Rule 37 Sanctions are <u>DENIED</u>.

## II.     Third Motion for Summary Judgment [Dkt. 243]

Having reviewed Mr. Phillips's third motion for summary judgment, we find it to be premature, as the parties have not yet had an adequate opportunity to conduct or complete discovery.  As noted above, the parties are bogged down in ongoing discovery disputes and Mr. Phillips has not yet been deposed.  Accordingly, Plaintiff's summary judgment motion is <u>DENIED WITHOUT PREJUDICE</u> to its refiling once discovery has closed.  If Mr. Phillips chooses to file a motion for summary judgment at the close of discovery, he must file a single motion incorporating all of his facts, evidence, and arguments, as set forth in the Court's July 25, 2025 Minute Order.  Dkt. 85.

IT IS SO ORDERED.


Date:     5/22/2026                                    _Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

DEON VERNON PHILLIPS
5068 Audrey Ave.
Apartment 204
Indianapolis, IN 46254

Kallen L Boyer
Krugliak, Wilkins, Griffiths, & Dougherty Co., L.P.A.
kboyer@kwgd.com

Eric Ryan Shouse
Lewis And Wilkins LLP
shouse@lewisandwilkins.com

Brandon Alan Skates
Equal Employment Opportunity Commission
brandon.skates@eeoc.gov

Scott M. Zurakowski
Krugliak, Wilkins, Griffiths & Dougherty Co LPA
szurakowski@kwgd.com